```
 1  Nathan Finch (031279)
    Catalyst Legal Group, PLLC
 2  1820 E Ray Road
    Chandler, AZ 85225
 3  (602) 4556-2233
    Nathan@Catalyst.Lawyer
 4  Attorney for Debtor
```

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| MONIC PITRE | Case No: 2: 18-15444-BKM |
| Debtor | **MOTION TO EXTEND TIME TO COMPLY WITH TRUSTEE'S RECOMMENDATION** |

NOW COMES, Debtor by and through undersigned counsel, and hereby motion this Court to Extend Time to Comply with Trustee's Recommendation based on the foregoing:

Debtor is awaiting bank statements from a closed account and therefore needs additional time in order to comply with Trustee's Recommendation.

WHEREFORE Debtor respectfully request this Court enter an Oder granting a 60-day extension of time to comply with Trustee Recommendations.

On this 12th day of June 2019

/s/Nathan Finch, Esq.
Nathan Finch, Esq.
Catalyst Legal Group, PLLC
1820 E Ray Road
Chandler, AZ 85225

1  COPY of the foregoing mailed this

2  12th day of June 2019, to:

3  Edward J. Maney
   Chapter 13 Trustee
4  101 N. First Ave, Suite 1775
   Phoenix, AZ 85003
5  service@maney13trustee.com

6

7  US Trustee
   Offices of the US Trustee
8  230 N First Ave., Ste. 204
   Phoenix, AZ 85003
9

10 By: April Keena