Nathan A. Finch (#031279)
**Catalyst Legal Group, PLLC**
1820 E Ray Road
Chandler, AZ 85225
Nathan@Catalyst.Lawyer
480.633.2444
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

MONIC PITRE

Debtor

Chapter 13 Proceedings

Case No. 2:18-bk-15444-BKM

CERTIFICATE OF SERVICE AND NO OBJECTION

Nathan Finch, counsel for Debtors, hereby certifies that:

On January 17, 2019, Catalyst Legal Group, PLLC ("Applicant") filed a Chapter 13 Plan and Application Payment and Compensation of Attorneys' Fees and Costs (the "Application") and a Notice of Bar Date for Filing Responses to Plan and Application Payment and Compensation of Attorneys' Fees and Costs (the "Notice").

The Chapter 13 Plan (dkt #24) included an Application for Payment in the flat fee amount of $4,500.00, of which $0.00 was paid before the filing of the case.

No objections have been filed with the Court or received by the undersigned attorney and the time for filing objections has passed.

Applicant requests this Court enter the Order Approving Payment and Compnesation of Attorney's Fees and Costs, a proposed form of which has been lodged with the Court; copy attached.

1

RESPECTFULLY SUBMITTED this 8th day of August 2019.

                        **CATALYST LEGAL GROUP, PLLC**

                        /s/Nathan A. Finch
                        Nathan A. Finch
                        1820 E Ray Road
                        Chandler, AZ 85225
                        ***Attorney for Debtors***