Nathan A. Finch (#031279)
Michael W. Thrall (#031172)
**Catalyst Legal Group, PLLC**
1820 East Ray Rd.
Chandler, AZ 85225
602.456.2233
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| MONIC PITRE | Case No. 2:18-bk-15444-BKM |
| Debtor | **MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** |

NOW COMES, Debtor, through undersigned counsel, and moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. §1307(b) and LBR 1(q)(1).

The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

WHEREFORE, the Debtor requests this court grant the immediate dismissal of this Chapter 13 Case

SUBMITTED this 8th day of August 2019

By: /s/ Nathan Finch
Nathan Finch
Attorney for Debtor

*CERTIFICATE OF SERVICE*

Copy of the foregoing mailed this
8th day of August, 2019 to:

Edward J. Maney,
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
courtecf@maney13trustee.com

US Trustee
Offices of the US Trustee
230 N First Ave., Ste. 204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

By: /s/Roxanne Harris